

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2022

No. 04-21-00562-CR

Yuri **MEDINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1596
Honorable Ron Rangel, Judge Presiding

# O R D E R

On May 13, 2022, we abated this case to the trial court and ordered the trial court to conduct an abandonment hearing to determine whether appellant's counsel has abandoned the appeal and file its written findings of fact and conclusions of law on or before June 13, 2022. However, the trial court has requested an extension of time to conduct the hearing. The request is GRANTED.

We ORDER the trial court to file its written findings of fact and conclusions of law with the trial court clerk on or before **July 29, 2022**. We ORDER the trial court clerk to file a supplemental clerk's record in this court no later than ten days after the trial court files its findings of fact and conclusions of law. We further ORDER the court reporter to file in this court a supplemental reporter's record of the hearing, along with copies of any documentary evidence admitted, no later than twenty days after the date of the hearing.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2022.



Michael A. Cruz,
Clerk of Court